IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


TORIN SAUCIER                                                                    PLAINTIFF


VS.                                                           CIVIL ACTION NO. 2:17cv18-KS-MTP


LASHAUNDA BUCKHALTER                                                DEFENDANT


ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the

United States Magistrate Judge entered herein on August 4, 2017, after referral of hearing by

this Court, no objections having been filed as to the Report and Recommendation, and the Court,

having fully reviewed the same as well as the record in this matter, and being duly advised in the

premises, finds that said Report and Recommendation should be adopted as the opinion of this

Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same

hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed without

prejudice. A separate judgment will be entered herein in accordance with this Order as required

by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __29th__ day of August, 2017.



____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE